IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| LESLIE H., § § | |
|     Plaintiff, § § | |
| v. § | No. 3:21-cv-00953-E-BT |
| § | |
| KILOLO KIJAKAZI, ACTING § COMMISSIONER OF THE SOCIAL § SECURITY ADMINISTRATION, § § | |
|     Defendant. § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The Court has under consideration the Findings, Conclusions, and Recommendation of United States Magistrate Judge Rebecca Rutherford dated August 1, 2022, (ECF No. 18). Plaintiff timely objected to the Findings, Conclusions, and Recommendations. (ECF No. 19). The Court has made a *de novo* review of those portions of the proposed Findings, Conclusions, and Recommendation to which objections were made. The objections are overruled. Accordingly, the Court accepts the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

**SO ORDERED:** September 21, 2022.

_____
Ada Brown
UNITED STATES DISTRICT JUDGE